# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RAY THOMAS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>M. BITER, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-08777 AB (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 23, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE